UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alex Tsibulko                                  Civil 09-3568 PAM/JJK

           Plaintiff,              **ORDER OF DISMISSAL**

v.

Corporate Receivables, Inc.,
et al.
           Defendants.

-------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: April __20__, 2010

                                          s/ Paul A. Magnuson
                                          Paul A. Magnuson**,** Judge
                                          United States District Court